# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORCEPT THERAPEUTICS INCORPORATED, a Delaware Corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>DOHMEN LIFE SCIENCE SERVICES, LLC, a Wisconsin Limited Liability Company,<br><br>             Defendant. | C.A. No.: _____ |

## MOTION FOR PERMISSION TO FILE UNDER SEAL

In accordance with Federal Rule of Civil Procedure 26(c) and District of Delaware Local Rule 26.2, Dohmen Life Sciences Services, LLC ("Defendant" or "DLSS") respectfully requests that the Court enter an Order permitting it to file a Notice of Removal and related exhibits under seal. In support of its motion, Defendant states as follows:

1. Federal Rule of Civil Procedure 26(c) provides that, for good cause shown, the Court can direct that certain matters be filed under seal. In addition, District of Delaware Local Rule 26.2 permits a producing party who believes it has confidential information to produce such information only to trial counsel.

2. The Notice of Removal attaches as an exhibit the complaint from The Superior Court of Delaware, which was originally filed under seal by Corcept. Accordingly, Defendant respectfully submits that good cause exists for allowing it to file the Notice of Removal and related exhibits under seal.

RLF1 18157846v.2

- 2 -

3.      Defendant will comply with all applicable procedures regarding filing under seal through the Court's CM/ECF system, including the requirement to file a redacted version.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enter the attached Order permitting it to file the Notice of Removal and related exhibits under seal.

OF COUNSEL:

/s/ Susan Hannigan
Gregory V. Varallo (#2242)
Varallo@rlf.com
Susan M. Hannigan (#5342)
Hannigan@RLF.com
Brian F. Morris (#6235)
bmorris@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7705

*Attorneys for Defendant Dohmen Life Sciences Services, LLC*

Dated: September 20, 2017