**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORCEPT THERAPEUTICS INCORPORATED, a Delaware Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>DOHMEN LIFE SCIENCE SERVICES, LLC, a Wisconsin Limited Liability Company,<br><br>      Defendant. | C.A. No. 1:17-cv-01332-UNA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Corcept Therapeutics Incorporated ("Corcept"), through its undersigned counsel, makes the following disclosures:

1. Corcept does not have a corporate parent and is not a subsidiary of any entity.

2. Federated Investors, Inc, a public investment management and mutual fund company headquartered in Pittsburgh, Pennsylvania, owns 10% or more of Corcept's stock.

                                          Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL:<br><br>LATHAM & WATKINS LLP<br>Gabriel S. Gross<br>Reuben J. Stob<br>Arman Zahoory<br>140 Scott Drive<br>Menlo Park, California 94025<br><br><br>Dated:  September 29, 2017<br>5418290 | By:  */s/ Peter J. Walsh, Jr.*<br>Peter J. Walsh, Jr. (#2437)<br>Matthew F. Davis (#4696)<br>Callan R. Jackson (#6292)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware  19899<br>Tel:  (302) 984-6000<br>pwalsh@potteranderson.com<br>mdavis@potteranderson.com<br>cjackson@potteranderson.com<br><br>*Attorneys for Plaintiff Corcept Therapeutics Incorporated* |